In the Matter of LONDON TERRACE GARDENS L.P., Appellant, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL et al., Respondents.

Submitted June 5, 2017; decided September 7, 2017

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

MIDFIRST BANK, Respondent, v JOSEPH AJALA, Appellant, et al., Defendants.

Submitted June 26, 2017; decided September 7, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.